UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>DAVID DEMARIUS ROUTE, 　　　 )<br>　　　　　　　　　　　　　　　)<br>　　　Defendant. 　　　　　　　　 )<br>_____ ) | CASE NO. MJ 17-367<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:　　September 6, 2017.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant is charged by Complaint with being in possession of a firearm, being a prohibited person due to previous convictions for felony offenses in this court as well as the

Superior Court for the State of Washington for King County.

2. Defendant does not contest entry of an Order of Detention. He has waived an interview by Pretrial Services.

3. Defendant poses a risk of nonappearance based on lack of verified background information, a history of noncompliance on supervision, a history of substance and alcohol use, a history of failing to appear, and pending charges alleging violation of supervised release. There is also an outstanding warrant from King County Superior Court. Defendant poses a risk of danger based on the nature of the offense and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 6th day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge